USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/8/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
CARLOS GUTIERREZ,                              :
                                               :
                              Plaintiff,        :
                                               :              26-CV-02704 (VEC)
              -against-                         :
                                               :              ORDER
CRST EXPEDITED INC. and JONATHAN               :
SORRELLS,                                      :
                                               :
                              Defendants.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 1, 2026, Defendants CRST Expedited Inc. and Jonathan Sorrells filed a notice of removal seeking to remove the above-captioned action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, *see* Dkt. 1;

WHEREAS on April 1, 2026, Defendants filed a related case statement which indicated that the above-captioned action is related to *Cabrera v. Sorrells, et al.*, 26-CV-525 (SDA), *see* Dkt. 3;

WHEREAS on April 7, 2026, this case was deemed related to *Cabrera v. Sorrells, et al.*, 26-CV-525 (SDA), and referred to the Undersigned; and

WHEREAS on March 30, 2026, on the parties' consent, the Court in *Cabrera v. Sorrells, et al.*, 26-CV-525 (SDA), ordered that the case be referred to United States Magistrate Judge Stewart D. Aaron to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73;

IT IS HEREBY ORDERED that not later than **Friday, April 17, 2026**, the parties in this action must meet and confer and inform the Court whether they consent to have this case referred

to Magistrate Judge Aaron to conduct all proceedings and order the entry of a final judgment.  If

the parties so consent, the parties must submit, via ECF, a fully executed Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge (Form AO-85), available at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.


        **SO ORDERED.**

**Date:  April 8, 2026**
        **New York, New York**
                                   **VALERIE CAPRONI**
                               **United States District Judge**