**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Carlos Gutierrez,** | |
| **Plaintiff,** | **1:26-cv-02704 (SDA)** |
| **-against-** | **ORDER** |
| **CRST Expedited Inc. and Jonathan Sorrells,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

This action was removed from New York Supreme Court, Bronx County on April 1, 2026. (*See* Notice of Removal, ECF No. 1.) As of the date of this Order, Plainitff has not yet appeared in this action. Accordingly, it is hereby Ordered that Plaintiff's counsel shall file a Notice of Appearance no later than April 28, 2026. Counsel for Defendants shall provide a copy of this Order to Plaintiff's counsel via email.

**SO ORDERED.**

Dated:    New York, New York
          April 21, 2026

_____
STEWART D. AARON
United States Magistrate Judge